UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMEL WASHINGTON,<br><br>                                 Plaintiff,<br><br>            -against-<br><br>NEW YORK CITY, ET AL.,<br><br>                                Defendants. | 25-CV-1246 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

       By order dated July 14, 2025, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the complaint with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature page. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).[1]

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

       The Clerk of Court is directed to enter judgment in this matter.

SO ORDERED.

Dated:  September 3, 2025
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                            Chief United States District Judge

---

[1] Because the Court has not yet granted Plaintiff's request to proceed IFP, the $350.00 filing fee has not been charged.