UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMEL WASHINGTON,

                      Plaintiff,

      -against-

NEW YORK CITY, ET AL.,

                    Defendants.

25-cv-1246 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the September 3, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 8, 2025
           New York, New York

                                  /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                Chief United States District Judge